UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SCOTT WOOD<br>    Plaintiff,<br><br>v.<br><br>CITY OF HAVERHILL, CITY OF HAVERHILL POLICE DEPARTMENT, ANTHONY HAUGH, ROBERT PISTONE, TOWN OF WENHAM, WENHAM POLICE DEPARTMENT, KEVIN DINAPOLI<br>    Defendants, | Docket No. 1:23-cv-12377-JEK |

**ASSENTED TO MOTION TO EXTEND TIME TO FILE OPPOSITION TO MOTION TO DISMISS**

Now comes the Plaintiff Scott Wood, by and through his counsel files this Assented to Motion to Extend Time to File Opposition to Motion to dismiss, pursuant to Fed. R. Civ. P. 6(b)(1), As grounds for this request, Plaintiff states the following:

1. Plaintiff commenced this action on October 13, 2023, against City of Haverhill, City of Haverhill Police Department, Anthony Haugh, Robert Pistone, Town of Wenham, Wenham Police Department, Kevin DiNapoli.

2. On December 29, 2023, Defendants City of Haverhill, City of Haverhill Police Department, Anthony Haugh, and Robert Pistone, moved to dismiss all counts of the complaint against them.

3. The deadline to file an Opposition to the Motion to Dismiss is January 12, 2024.

4. Plaintiff's Counsel is a solo practitioner and was away for the holidays when the Defendant's motion was filed. He has since returned and has been diligently working on an Opposition but needs additional time to complete it.

5. Plaintiff's Counsel has been in contact with the Defendant's counsel for City of Haverhill, City of Haverhill Police Department, Anthony Haugh, and Robert Pistone, and they have graciously agreed to a brief extension of two weeks to file the Plaintiff's Opposition to Motion to Dismiss, with a new deadline of January 26, 2024.

6. This is the Plaintiff's first such request, and no party would be prejudiced by the short extension.

WHEREFORE, Plaintiff moves to Extend the Deadline to File the Opposition to Defendant's Motion to Dismiss to January 26, 2024.

Respectfully submitted,

/s/ *Sean R. Cronin*
Sean R. Cronin (BBO #692257)
CRONIN LAW PC
108 WALDEMAR AVE
EAST BOSTON, MA 02128
Tel (617) 213-6883
Sean@CroninLawpc.com

January 12, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and email copies will be sent to those indicated as nonregistered participants on January 12, 2024.

                                            /s/ *Sean R. Cronin*
                                            Sean R. Cronin